**2003-1072. Cincinnati Bar Assn. v. Weaver.**
It is ordered by this court, sua sponte, that Paul M. Weaver III, Attorney Registration No. 0067277, last known business address in Cincinnati, Ohio, is found in contempt for failure to comply with this

court's order of June 9, 2004, to wit: failure to surrender Certificate of Admission and file affidavit of compliance on or before July 9, 2004.